Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Derrick L Dewitt El

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Mike Williams and Ronald W Fussell and Scott F Mitchell and City of Jacksonville

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:20 CV 22 - J - 32 PDB
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*   ☒ Yes   ☐ No

FILED 2020 JAN 13 AM 8:50

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick Lemonte Dewitt El |
| Street Address | c/o 7312 Laura Street North |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida Republic [32208] |
| Telephone Number | 904-924-5977 |
| E-mail Address | dldewitt39@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mike Williams |

|  |  |
|---|---|
| Job or Title *(if known)* | Sheriff of Jacksonville |
| Street Address | 501 E Bay Street |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida 32202 |
| Telephone Number | 904-630-7600 |
| E-mail Address *(if known)* |  |

Defendant No. 2

|  |  |
|---|---|
| Name | Scott F Mitchell |
| Job or Title *(if known)* | Administrator Clerk |
| Street Address | 501 West Adams Street |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida, 32202 |
| Telephone Number | 904-255-1333 |
| E-mail Address *(if known)* | smitchell@coj.net |

Defendant No. 3

|  |  |
|---|---|
| Name | Ronald W Fussell |
| Job or Title *(if known)* | Clerk of Court |
| Street Address | 501 West Adams Street |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida, 32202 |
| Telephone Number | 904-255-2000 |
| E-mail Address *(if known)* |  |

Defendant No. 4

|  |  |
|---|---|
| Name | CITY OF JACKSONVILLE |
| Job or Title *(if known)* |  |
| Street Address | 117 West Duval Street |
| City and County | Jacksonville, Duval |
| State and Zip Code | Florida, 32202 |
| Telephone Number | 904-630-2489 |
| E-mail Address *(if known)* | www.coj.net |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C section 1983 and 18 U.S.C section 242 and 18 U.S.C section 245 and 18 U.S.C section 1961-1963 and Article 1 section 10 Gold Clause of the Constitution and Amendment 4 of the Constitution and Amendment 14 of the Constitution

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

30000000.00

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) Mike Williams a "Constitution Officer" and his Deputies violated my right to movement-Right to Travel and transform my right into a crime, and taxed that RIGHT, with me telling them i am excessing my Constitutional Right to travel. They inpound my private property, they beat me up, refused to give me medical attention, lost my place to lay my head, stole my transportion and held it for ramsom, had no way to eat, lost all of my things in my apartment, got evicted due to non-rent payment and placed me in jail, and forced a bond to be paid. (2) Scott F Williams refused to answer Affidavit asking for the court and sheriffs Delegation Of Authority from Congress, he pled (not guilty) on record for me without my consent acting as he repersented me, raised the bond, sentence my body to 120 days in jail, fees, collection, probation, demand money (FRN) knowing there is no lawful money (3) Ronald W Fussell he is the Clerk Of Court a "Constitution Officer" allowed them to continue this malicious prosecution, and theft of property, taxation to continue with Constitutional question "Delegation Of Authority from Congress" being demanded and on record, that must be answer "once challeged it must be answered" if not answered the case must be DISMISSED, that didn't happen.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Plaintiff is asking the court to order punitive or exemplary damages of 30000000.00 see; "statement of claim" (2) Remove the records from public record this is proventing me from being gainfully employed (3) Remove/Recall all collection accounts

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/13/2020

Signature of Plaintiff: Derrick L Dewitt El  *[signed]* Derrick A Dewitt El All Rights Reserved
Printed Name of Plaintiff: Derrick L Dewitt El

### B. For Attorneys

Date of signing: n/a

Signature of Attorney: n/a
Printed Name of Attorney: n/a
Bar Number: n/a
Name of Law Firm: n/a
Street Address: n/a
State and Zip Code: n/a
Telephone Number: n/a
E-mail Address: n/a